Craig R. Kaufman (SBN 159458)
  ckaufman@techknowledgelaw.com
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (415) 902-0602
*Attorneys for Plaintiff Mortgage Grader, Inc.*

Benjamin Deming (SBN 233687)
  bdeming@dnlzito.com
DNL ZITO
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone 213-400-3344

Paul Grandinetti (*pro hac vice*)
Rebecca J. Stempien Coyle (*pro hac vice*)
  mail@levygrandinetti.com
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, District of Columbia 20036
Telephone 202-429-4560
Facsimile 202-429-4564

*Attorneys for Defendants Costco Wholesale Corporation,
First Choice Loan Services, Inc. and NYLX, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE GRADER, INC.<br><br>       Plaintiff,<br><br>   v.<br><br>COSTCO WHOLESALE CORPORATION; FIRST CHOICE LOAN SERVICES, INC.; AND NYLX, INC.<br><br>       Defendants. | Case No. 8:13-cv-00043-AG-AN<br><br>**ORDER MODIFYING CERTAIN DEADLINES FROM THE JOINT SCHEDULING CONFERENCE REPORT** |

The parties having stipulated to certain modifications to the deadlines provided in the Joint Scheduling Conference report, the Court hereby approves the stipulation amending the following dates provided in the Report:

| EVENT | OLD DATE | NEW DATE |
| --- | --- | --- |
| SPR 4.1 Disclosures – Patentee Rule 26 Reports and Final infringement contentions; SPR 4.4 Advice of counsel deadline | Markman order + 28 Days | June 27, 2014 |
| SPR 4.2 Disclosures | Markman order + 56 days | August 1, 2014 |
| SPR 4.3 Disclosures – rebuttal expert reports to 4.1 or 4.2 reports | Markman order + 84 days | September 5, 2014 |
| SPR 4.3 – Close of Discovery | Markman order + 112 days | October 3, 2014 |
| SPR 4.5 – Last day for dispositive motions | Markman order + 140 days | October 20, 2014 |

All other dates in the Joint Scheduling Conference Statement and the Court's Scheduling order remain unchanged.

Date:_April 22, 2014_____     So Ordered:

_____
Hon. Andrew Guilford
United States District Judge