UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 13-0043 AG (ANx) | Date | September 29, 2014 |
|---|---|---|---|
| Title | MORTGAGE GRADER, INC. v. COSTCO WHOLESALE CORP., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

**Proceedings:**       **[IN CHAMBERS] ORDER STRIKING DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT**

Defendants filed four motions for summary judgment: (1) for non-infringement by Defendant Costco Wholesale Corp. (Dkt. No. 74), (2) for invalidity of both patents in suit (Dkt. No. 75,; (3) for non-infringement of Patent No. 7,680,728 (Dkt. No. 76), and (4) for non-infringement of Patent No. 7,366,694 (Dkt. No. 80). Plaintiff filed a motion for summary judgment on Plaintiff's Fifth Counterclaim (patent misuse) (Dkt. No. 62), and a motion to strike newly alleged prior art and a newly presented Section 101 defense, with a contingent motion for summary judgment on the scope of the prior art (Dkt. No. 64).

Defendants have filed four summary judgment motions, each with its own brief, instead of one. In doing so, Defendants' total briefing is several times the normal number of pages permitted for a motion, burdening the opposing party and the Court. Page limits are necessary because the Court has many other cases and a finite amount of time to work on each of them. It is the responsibility of the parties to prioritize issues in their briefs. The parties are also encouraged to heed Judge Alex Kozinski's advice that the best way to tell a judge that you have a weak case is to write a "fat brief," and that simple arguments are winning arguments while long and convoluted arguments are "sleeping pills on paper." Alex Kozinski, The Wrong Stuff, 1992 BYU L. Rev. 325, 326 (1992).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-0043 AG (ANx) | Date | September 29, 2014 |
|---|---|---|---|
| Title | MORTGAGE GRADER, INC. v. COSTCO WHOLESALE CORP., et al. | | |

Therefore, the Court STRIKES Defendants' motions for summary judgment, and ORDERS Defendants to file a single consolidated motion. The Court will provide the briefing schedule and page limitations (which will be far below the current total) for that motion when it rules on Plaintiff's pending motions, because Plaintiff's motion to strike may moot one of Defendants' four motions.

The parties are also ORDERED to discuss resolution of Plaintiff's motion for summary judgment. The Court has noticed an unwelcome trend of defendants alleging patent misuse counterclaims when they feel they have been hit with a weak case. There are other remedies for that problem, and patent misuse should not and will not be stretched beyond its legitimate boundaries.

Trial is presently set for January 20, 2015. The Court will likely continue that date in light of the forthcoming schedule for Defendants' motion for summary judgment.

IT IS SO ORDERED.

_____ : _____

Initials of
Preparer                    lmb