UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 13-0043-AG(ANx) | Date | October 27, 2014 |
| Title | MORTGAGE GRADER, INC v COSTCO WHOLESALE CORPORATION | | |

Present: The Honorable    ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Craig Kaufman | Kenneth Reed |
| | Paul Grandinetti, PHV |

**Proceedings:**    1. MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANTS' FIFTH COUNTERCLAIM [DKT 62]
2. MOTION TO STRIKE DEFENDANTS' NEW PRIOR ART AND SECTION 101 DEFENSES AND CONTINGENT MOTION FOR SUMMARY JUDGMENT [DKT 64]

Cause is called for hearing and counsel make their appearances. Motions are argued and taken under submission

  :   20

Initials of Preparer    lmb