Craig R. Kaufman (SBN 159458)
ckaufman@tklg-llp.com
Michael C. Ting (SBN 247610)
mting@tklg-llp.com
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone: (650) 517-5200
Facsimile:  (650) 226-3133

Attorneys for Plaintiff
MORTGAGE GRADER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE GRADER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COSTCO WHOLESALE CORPORATION, FIRST CHOICE LOAN SERVICES, INC., and NYLX, INC., <br><br> Defendants. | Case No. 8:13-cv-00043-AG (AN) <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT COSTCO WHOLESALE CORPORATION PURSUANT TO F.R.C.P. 41(a)** |

Pursuant to the stipulation of the parties, it is hereby ORDERED:

1. All claims of Plaintiff against Defendant Costco Wholesale, Inc. are dismissed without prejudice.
2. All counterclaims of Costco against Plaintiff Mortgage Grader, Inc. are dismissed without prejudice.  To the extent any counterclaims of Costco were joint or brought by or with other Defendants, those counterclaims remain in the name of the remaining Defendants only.

1      3. The remaining conditions of the stipulation shall be binding on all parties.

3      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5  Dated: 1/22/2015

                ANDREW J. GUILFORD
                United States District Judge