UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 13-0043-AG(ANx) | Date | January 26, 2015 |
| Title | MORTGAGE GRADER, INC v COSTCO WHOLESALE CORPORATION | | |

Present: The Honorable  ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    [IN CHAMBERS] ORDER RE JUDGMENT

Counsel shall meet and confer and lodge an agreed-upon proposed judgment no later than January 30, 2015.  If the parties are unable to agree on a form of judgment, the parties shall jointly lodge separate versions together with a redline comparing them.  Counsel shall also email those documents to the Clerk in Word format.  The Court will review the parties' submission and issue a judgment.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |