LAW OFFICE OF KENNETH ALAN REED
KENNETH A. REED (SBN133567)
406 W 4th Street
Santa Ana, California 92701
Telephone 714-953-7400
Facsimile 714-953-7412
kenneth@kennethreedlaw.net

LEVY & GRANDINETTI
PAUL GRANDINETTI (*pro hac vice*)
REBECCA J. STEMPIEN COYLE (*pro hac vice*)
1120 Connecticut Avenue, N.W., Suite 304
Washington, District of Columbia 20036
Telephone 202-429-4560
Facsimile 202-429-4564
mail@levygrandinetti.com

Attorneys for Defendants,
FIRST CHOICE LOAN SERVICES, INC., and
NYLX, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MORTGAGE GRADER, INC.,<br><br>       Plaintiff,<br><br>  vs.<br><br>FIRST CHOICE LOAN SERVICES, INC., and NYLX, INC.,<br><br>       Defendants. | Case No. 8:13-cv-00043-AG (ANx)<br><br>**FINAL JUDGMENT** |

In light of the Court's January 12, 2015, Order Granting In Part Defendants' Omnibus Motion For Summary Judgment, the Court **ORDERS** that judgment be entered as follows:

1. Judgment is entered against the Plaintiff Mortgage Grader, Inc., and in favor of the Defendants First Choice Loan Services, Inc. and NYLX, Inc.

2. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

Dated: February 4, 2015

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE